No. 44. ORNSTEIN ET AL. *v.* CHESAPEAKE & OHIO RY. Co. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Jurisdictional statement submitted October 12, 1931. Decided October 19, 1931. *Per Curiam:* The appeal herein is dismissed for the want of jurisdiction. *Grays Harbor Logging Co.* v. *Coats-Fordney Logging Co.,* 243 U. S. 251, 255–257. *Mr. Stuart R. Bolin* for appellants. *Mr. Fred C. Rector* for appellee.

No. 53. PALM *v.* HOLLOPETER. ▮▮▮▮▮▮▮▮▮▮ Jurisdictional statement submitted October 12, 1931. Decided October 19, 1931. *Per Curiam:* The appeal herein is dismissed for the want of jurisdiction. Section 237 (a), Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by § 237 (c), Judicial Code as amended (43 Stat. 936, 938), certiorari is denied. *Mr. Alfred Evan Reames* for appellant. *Mr. Gus Newbury* for appellee.